UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Michael Smalley Sr.                                   Bankruptcy No. 12-58830
Betty Smalley                                         Honorable WALTER SHAPERO
                                                      Chapter 13
                        Debtors

_____/

## DEBTORS' FIRST PROPOSED PLAN MODIFICATION

Debtors, by and through their attorneys, CHIMKO & ASSOCIATES, P.C. in support of their First Proposed Plan Modification, states as follows:

1.  Debtor's case was filed on August 15, 2012, and confirmed on December 7, 2012.

2.  Debtor husband's long-term disability has terminated as of the month of March 2013, while at the same time; debtors no longer have one of their vehicle payments in the monthly amount of $546.00 as that obligation has terminated (see Exhibit A – disability termination letter). Therefore, debtors have had a decrease in their overall disposable income. Please note that it appears as though the step increases in debtors' plan were switched in regards to the two vehicle payoffs.

3.  Debtors had trouble making their plan payments as they struggled to make sure the right amount of funds were available in their bank account. Therefore, debtors are delinquent in plan payments in the amount of $9,405.00.

4.  For the above reasons, debtors propose to cure the delinquency in plan payments by remitting an additional $285.00 per month on top of their newly proposed plan payment.

5.  For the above reasons, debtors propose to decrease their plan payment to $1,792.00 monthly (a total of $2,077.00 to cure their delinquency). Debtors propose that the step increase effective June, 2013 be decreased to $2,114.29 monthly, or $2,399.29 monthly in order to cure the delinquency in the plan payments.

6.  For the above reason, debtor proposes to reduce the base amount offered to Class Eight general unsecured creditors from $37,012.92 of all filed claims a base amount of $4,623.44 of all filed claims.

7.  The proposed plan modification will have no impact on Classes One, Two, Three, Four, Five, Six, or Seven. The proposes plan modification impacts Class Eight in that they will receive less than they were to receive under the confirmed plan.

WHEREFORE, Debtors respectfully request this honorable court grant their First Proposed Plan Modification.

Dated: March 26, 2013                    /s/ Michelle A. King
                                         Michelle A. King (P72429)

CHIMKO & ASSOCIATES, P.C.
26212 Woodward Avenue
Royal Oak, MI 48067
(248) 284-1661
dmengel@chimkolaw.com

IN RE:

Michael Smalley Sr.                                Bankruptcy No. 12-58830
Betty Smalley                                      Honorable WALTER SHAPERO
                                                   Chapter 13

Address: 1150 Losey Road, Rives Junction, MI 49277

SSN:   xxx-xx-1224
SSN:   xxx-xx-3541

                Debtors
_____/

## NOTICE OF DEADLINE TO OBJECT TO PROPOSED CHAPTER 13 PLAN MODIFICATION

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The deadline to file an objection to the attached proposed Chapter 13 plan modification is **21 days after service**. Any objection must be filed with Court at:

United States Bankruptcy Court, 211 West Fort Street, Detroit, MI 48226

Your objection must be received by the Court on or before the date stated above. All attorneys are required to file pleadings electronically.

Objections to the attached proposed plan modification must also be served on the following:

Tammy Terry, Chapter 13 Trustee, 535 Griswold, Suite 2100, Detroit, MI 48076
CHIMKO & ASSOCIATES, P.C. 26212 Woodward Avenue, Royal Oak, MI 48067

If no timely objection is filed, the proponent of the plan modification may file a certificate of no objection and the modified plan will then become effective.

If a timely objection is filed and served, the clerk will set the matter for hearing and give notice of the hearing to the Debtor, the proponent of the plan modification, the Trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: March 26, 2013                    /s/ Michelle A. King
                                         Michelle A. King (P72429)
                                         CHIMKO & ASSOCIATES, P.C.
                                         26212 Woodward Avenue
                                         Royal Oak, MI 48067
                                         (248) 284-1661
                                         dmengel@chimkolaw.com

Metropolitan Life Insurance Company
MetLife Disability, P O Box 14590, Lexington, KY 40511
Phone: 1-800-300-4296   Fax: 1-800-230-9531



January 4, 2013

Michael Smalley Sr
1150 Losey Road
Rives Junction,  MI 49277-0000

RE:  Employer: GEORGIA-PACIFIC WOOD
        PRODUCTS
        Claim #: 700107128620
        ID Number:

Dear Mr. Michael Smalley Sr:

We are writing in regard to your claim for Long Term Disability (LTD) benefits.

This is to inform you that your last payment for LTD benefits is March 12, 2013. As of this date, your claim will be paid in full according to the terms of your group plan, and no additional disability benefits will be issued.

It has been a pleasure to be of service to you and please accept our best wishes for the future.

If you have questions or need additional information regarding your claim, please contact our Customer Response Center Monday through Friday from 8:00 A.M. to 11:00 P.M. Eastern Time at 1-800-300-4296 ext 5931.  Our Customer Response Center representatives can assist you with your claim questions.

Sincerely,


*Adelaide Nasypany*
**MetLife Disability**



**13Network**

Enter Case Number, Name, Social Security Number, or @1st Address Line:

| Go | 🔾🔾 |

Case Query      Calendar

LogOut Now

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | MATTERS |

Recently Accessed Cases | 12-58830-WSD Michae

| 12-58830-WSD Michael E. Smalley, Sr. (xxx-xx-1224) 1150 Losey Road • • Rives Junction • MI • 49277 $3,135.00 MO/ | Bar Date(s): | 12/24/2012 (has passed) |
|---|---|---|
| Betty S. Smalley (xxx-xx-3541)   1150 Losey Road • • Rives Junction • MI • 49277 | Confirmed: | 12/7/2012 |
| Trustee: Tammy L. Terry   Attorney: CHIMKO & ASSOCIATES | Case Status: | Active, Open Case |

The data on these pages has not been audited and is provided for general information only.

3 Month(s) since Confirmation UP = $0.00  TPI = $12,390.00  BOH = $3,135.00

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | CHIMKO & ASSOCIATES | $2,000.00 | | $2,000.00 | | | $2,000.00 | |
| | **A-ARREARS** | | | | | | | |
| 2 | CitiMortgage, Inc. | $19,334.01 | | $19,334.01 | | $585.88 | $19,334.01 | 32 |
| 3 | ADDED CREDITOR | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **E-LEASE** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **F-ADM EXP CLAIM** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| | **G-CONTINUING Lease, Secured or Vehicle** | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **GAP Mortgage or Lease** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| | **M-MORTGAGE** | | | | | | | |
| 10 | CitiMortgage, Inc. | | | | | $1,190.79 | $39,296.07 | |
| 11 | CitiMortgage, Inc. | $2,043.28 | | $2,043.28 | | | $2,043.28 | |
| 12 | ADDED CREDITOR | | | | | | | |
| 13 | ADDED CREDITOR | | | | | | | |
| | **P-PRIORITY** | | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
| | **S-SECURED** | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| | **V- VEHICLE** | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| | **WATER BILL** | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| | **ASSOCIATION DUES CONTINUING** | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| 22 | ADDED CREDITOR | | | | | | | |
| | **SECURED CLASS 5.1 EMPmts** | | | | | | | |
| 23 | ADDED CREDITOR | | | | | | | |
| 24 | ADDED CREDITOR | | | | | | | |
| | **VEHICLE CLASS 5.1 EMPmts** | | | | | | | |
| 25 | ADDED CREDITOR | | | | | | | |
| 26 | ADDED CREDITOR | | | | | | | |

| | All Unsecured Creditors | Total Unsecured | | | Percent Allowed | | Amount Allowed | |
|---|---|---|---|---|---|---|---|---|
| 27 | | 77057.33 | | | 6 | | $4,623.44 | |

Change Line# 0      | OK | Plan Terms 33   | Calc | Unsecured % 6   | Calc | Due to Creditors: $1,890.07   $71,592.34

Restart                                      In from Debtor: $2,077.00   $71,676.00

Trustee's % 6

Lump Sum $ 3,135.00

Delete Line 0   | OK |

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| DEBTOR DIRECT | $2,077.00 | MONTHLY | $ | ? |
| Michael E. Smal | $0.00 | WEEKLY | $ | ? |

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| Betty S. Smalle | $0.00 | WEEKLY | $ | ? |

Tammy L. Terry - Detroit, MI        Your Chapter 13 Information Management System        ©2004 BSS LLC.

IN RE:

Michael Smalley Sr.                                 Bankruptcy No. 12-58830
Betty Smalley                                       Honorable WALTER SHAPERO
                                                    Chapter 13

       Debtors

_____/

## PROOF OF SERVICE

*The undersigned hereby certifies that a copy of the following:*

**First Chapter 13 Post-Confirmation Plan Modification**

*was electronically served on the 26h day of March, 2013, upon:*

       Tammy L. Terry mieb_ecfadmin@det13.net

*was served via First Class Mail, pre-paid postage, on the 26h day of March, 2013, addressed as follows:*

All parties on the attached matrix.

                                 */s/ Colleen J. Lermines*
                                 **CHIMKO & ASSOCIATES, P.C.**
                                 Colleen J. Lerminez, Legal Assistant
                                 26212 Woodward Avenue
                                 Royal Oak, MI 48067
                                 (248) 284-1661
                                 dmengel@chimkolaw.com



Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160
label size 1" x 2 5/8" compatible with Avery ®5160/8160

Label Matrix for local noticing
0645-2
Case 12-58830-wsd
Eastern District of Michigan
Detroit
Tue Mar 26 13:31:02 EDT 2013

Michigan Rural Rehabilitation Corporation
P.O. Box 188
Marshall, MI 49068-0188

CitiMortgage, Inc.
P.O. Box 688971
Des Moines, IA 50368-8971

Santander Consumer USA
P.O. Box 560284
Dallas, TX 75356-0284

AZUREA I, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Allegiance Health
Physician Billing
205 N. East Avenue
Jackson, MI 49201-1753

Allegiance Health
W.A. Foote Memorial
Department 64787
Drawer 64000
Detroit, MI 48264-0001

American Medical Collection Agency
4 Westchester Plaza
Suite 110
Elmsford, NY 10523-1615

Applied Bank
P.O. Box 11170
Wilmington, DE 19850-1170

CAPITAL ONE BANK (USA), N.A.
PO Box 12907
Norfolk VA 23541-0907

CAPITAL ONE, N.A.
PO Box 12907
Norfolk VA 23541-0907

Capital One
Bankruptcy Claims Servicer
P.O. Box 85167
Richmond, VA 23285-5167

Capital One NA
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Center for Family Health
505 N. Jackson Street
Jackson, MI 49201-1266

CitiFinancial, Inc.
P.O. Box 70919
Charlotte, NC 28272-0919

CitiMortgage, Inc.
P.O. Box 6243
Sioux Falls, SD 57117-6243

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-9816

Convergent Outsourcing, Inc.
800 SW 39th Street
P.O. Box 9004
Renton, WA 98057-9004

Country Door
1112 7th Avenue
Monroe, WI 53566-1364

Country Door
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Fingerhut
Credit Account Services
P.O. Box 1250
Saint Cloud, MN 56395-1250

First Financial Asset Mgmt, Inc
P.O. Box 901
Fort Mill, SC 29716-0901

First Premier Bank
P.O. Box 5519
Sioux Falls, SD 57117-5519

GE Capital Retail Bank
Attn: Bankruptcy Department
PO Box 960061
Orlando FL 32896-0661

GE Capital Retail Bank
P.O. Box 960061
Orlando, FL 32896-0061

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

GE Money Bank - CareCredit
Attn: Bankruptcy Department
P. O. Box 103104
Roswell, GA 30076-9104

GE Money Bank - JC Penney
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076-9104

GE Money Bank - Lowe's
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076-9104

label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160

GE Money Bank - Meijer
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076-9104

GE Money Bank - Walmart
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076-9104

GETTINGTON (ISSUED BY WEBBANK)
6250 RIDGEWOOD ROAD
ST.CLOUD, MN 56303-0820

Ginny's
1112 7th Avenue
Monroe, WI 53566-1364

Ginny's
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

HSBC Card Services
P.O. Box 5226
Carol Stream, IL 60197-5226

Household Bank
P.O. Box 5222
Carol Stream, IL 60197-5222

Independant Emergency Physicians, PC
P.O. Box 674474
Detroit, MI 48267-4474

Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Juniper Bank
P.O. Box 13337
Philadelphia, PA 19101-3337

K. Jordan
P.O. Box 2809
Monroe, WI 53566-8009

Kohl's
P.O. Box 3043
Milwaukee, WI 53201-3043

LJ Ross & Associates, Inc.
6360 W. Jackson Road
Suite 1
Ann Arbor, MI 48103-9597

LVNV Funding, LLC its successors and assigns
assignee of FNBM LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

MQC Collection Services
P.O. Box 140250
Toledo, OH 43614-0250

Mason Easy Pay
P.O. Box 2808
Monroe, WI 53566-8008

Massey's
P.O. Box 2822
Monroe, WI 53566-8022

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804-9001

Monroe & Main
1112 7th Avenue
Monroe, WI 53566-1364

Monroe & Main
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Nadeem Ullah MD LLC
720 W. Franklin Street
Unit 2
Jackson, MI 49201-1676

OneMain Financial
Bankruptcy Department
P.O. Box 140489
Irving, TX 75014-0489

Podiatric Surgeons PC
823 E. Michigan Ave.
Jackson, MI 49201-2401

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Potestivo & Associates, P.C.
811 South Boulevard East., Suite 100
Rochester, MI 48307-5359

Premier Bankcard/Charter
P.O. Box 2208
Vacaville, CA 95696-8208

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
World Financial Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quest Diagnostics
P.O. Box 7306
Hollister, MO 65673-7306

12-58830-wsd    Doc 53    Filed 03/26/13    Entered 03/26/13 13:42:02    Page 8 of 9
label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160

Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160
label size 1" x 2 5/8" compatible with Avery ®5160/8160

Richard Dowd
1121 N. Michigan Ave.
Saginaw, MI 48602-4762

Rose City Family Practice, P.C.
300 W. Washington Ave.
Ste. 150
Jackson, MI 49201-2175

Santander Consumer USA, Inc.
Attention Bankruptcy Department
P.O. Box 560284
Dallas, TX 75356-0284

Sears Gold MasterCard
P.O. Box 6922
The Lakes, NV 88901-6922

Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

The Swiss Colony
1112 7th Avenue
Monroe, WI 53566-1364

The Swiss Colony
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

WFCB - Blair
Bankruptcy Department
P.O. Box 183043
Columbus, OH 43218-3043

Web Bank, Gettington.com
6440 S. Wasatch
Ste. 300
Salt Lake City, UT 84121-3518

Wells Fargo Bank, N.A., dba Wells Fargo Dlr
P.O. Box 19657
Irvine, CA 92623-9657

Wells Fargo Financial Acceptance
P.O. Box 250
Essington, PA 19029-0250

eCAST Settlement Corporation
POB 29262
New York NY 10087-9262

Betty S. Smalley
1150 Losey Road
Rives Junction, MI 49277-9762

Michael E. Smalley Sr.
1150 Losey Road
Rives Junction, MI 49277-9762

(p                                                                tit
Not                                                               an

The following recipients may be/have been bypassed for notice due to an undeliverable (i) or duplicate (d) address.

(d)CitiMortgage

End of Label Matrix
Mailable recipients    76
Bypassed recipients    1
Total                  77


Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160