UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Michael Smalley Sr.  
Betty Smalley

Bankruptcy No. 12-58830  
Honorable WALTER SHAPERO  
Chapter 13

Debtors
_____/

## DEBTORS' SECOND PROPOSED PLAN MODIFICATION

Debtors, by and through their attorneys, CHIMKO & ASSOCIATES, P.C. in support of their Second Proposed Plan Modification, states as follows:

1. Debtors' case was filed on August 15, 2012, and confirmed on December 7, 2012.
2. Debtors need to have the septic system replaced on their real property. The system is over twenty years old, and the home was purchased with the knowledge that this would need to be replaced at some time (see Exhibit A - Jackson County Health Department letter). Debtors have had an estimate for the replacement of the septic system, and the costs for the company to replace it are $7,500.00 (see Exhibit B – Proposal). Debtors also need to have tests done on the water and a permit which will cost approximately $500.00.
3. Debtors received an income tax refund for tax year 2012 in the amount of $3,697.00 and currently are holding onto the funds.
4. For the above reasons, debtors propose to excuse their 2012 income tax refund in the amount of $3,697.00 to help pay for the septic replacement.
5. For the above reasons, debtors propose to excuse two future plan payments in the amount of $2,114.29 (the amount of plan payments in the step increase effective June 14, 2013) so that they will have enough funds to pay for the septic replacement as it is needed.
6. For the above reason, debtor proposes to reduce the base amount offered to Class Eight general unsecured creditors from $37,012.92 of all filed claims a base amount of $4,623.44 of all filed claims.
7. The proposed plan modification will have no impact on Classes One, Two, Three, Four, Five, Six, Seven or Eight.

WHEREFORE, Debtors respectfully request this honorable court grant their Second Proposed Plan Modification.

Dated: May 17, 2013

/s/ Michelle A. King  
Michelle A. King (P72429)  
CHIMKO & ASSOCIATES, P.C.  
26212 Woodward Avenue  
Royal Oak, MI 48067  
(248) 284-1661  
dmengel@chimkolaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

| | |
|---|---|
| Michael Smalley Sr.<br>Betty Smalley | Bankruptcy No. 12-58830<br>Honorable WALTER SHAPERO<br>Chapter 13 |

Address: 1150 Losey Road, Rives Junction, MI 49277

SSN: xxx-xx-1224
SSN: xxx-xx-3541

   Debtors
_____/

### NOTICE OF DEADLINE TO OBJECT TO PROPOSED CHAPTER 13 PLAN MODIFICATION

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

The deadline to file an objection to the attached proposed Chapter 13 plan modification is **21 days after service**. Any objection must be filed with Court at:

United States Bankruptcy Court, 211 West Fort Street, Detroit, MI 48226

Your objection must be received by the Court on or before the date stated above. All attorneys are required to file pleadings electronically.

Objections to the attached proposed plan modification must also be served on the following:

Tammy Terry, Chapter 13 Trustee, 535 Griswold, Suite 2100, Detroit, MI 48076
CHIMKO & ASSOCIATES, P.C. 26212 Woodward Avenue, Royal Oak, MI 48067

If no timely objection is filed, the proponent of the plan modification may file a certificate of no objection and the modified plan will then become effective.

If a timely objection is filed and served, the clerk will set the matter for hearing and give notice of the hearing to the Debtor, the proponent of the plan modification, the Trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: May 17, 2013      /s/ Michelle A. King
               Michelle A. King (P72429)
               CHIMKO & ASSOCIATES, P.C.
               26212 Woodward Avenue
               Royal Oak, MI 48067
               (248) 284-1661
               dmengel@chimkolaw.com




# Jackson County Health Department

410 Erie Street • Jackson, Michigan 49202-2297 • (517) 788-4420 • FAX (517) 788-4373

April 26, 1996

RE: sewage disposal system at 1150 Losey Rd., Rives Twp., Section 10

Permit #1029, issued on June 30, 1995, was issued with the intent that the system would be gravity fed. Due to high seasonal water table at 36", the absorption bed was placed at existing grade. The final disposal field was built according to permit.

The sewer line exits the house beneath the floor. It is a split-level structure with bathroom and laundry on lower level. The septic tank is approximately 3 feet below grade. The concern is that seasonal ground water levels may affect the tank by allowing infiltration of water through the access lids. Risers were placed over the lids and sealed with tar.

The pump chamber (250 gallon), was kept shallow in order to keep the mid-seam of the tank as high as possible. This will allow a maximum dose of approximately 80-90 gallons. A standard recommended dose for this field would be approximately 150 gallons.

The inlet to the septic tank was allowing water into the tank during periods of rain. Work was performed on the tile system around the house, and the inlet pipe was re-sealed. This appears to have substantially reduced, if not resolved the problem.

It was decided by this department to allow the system to remain as is, with the understanding that any potential buyers of the property be made aware of the situation and the implications thereof.

Matthew K. Horning  4/26/96
Environmental Sanitarian

I understand and agree with this letter.

Melvin D. Johnston, builder

"Equal Opportunity Employer"

| Accounting | EPSDT Clinic | Health Education | Nursing Division | WIC Program - Erie St. |
| 788-4487 | 788-4430 | 788-4655 | 788-4411 | 788-4484 |
| AIDS Counseling & Testing | Environmental Health Division | Home Health Services | Senior Health Screening | WIC Program - High St. |
| 788-4479 | 788-4433 | 788-4468 | 788-4430 | 788-4423 |
| Children's Special Health Care | Family Planning Program | Laboratory | Sexually Transmitted Disease Clinic | recycled paper |
| 788-4422 | 788-4410 | 788-4459 | 788-4477 | |

# PROPOSAL

**Tax I.D. #38-2886-394**
**DRAIN PRO**
**5070 Young Rd.**
**Jackson, MI 49201**
**517.206.0971**

| DATE | Proposal No. |
|---|---|
| 4/25/2013 | 584 |

### BILL TO

Betty Smalley
1150 Losey Rd.
Jackson, MI
(517) 262-4925

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
|  | PROPOSAL for installing a new septic system, with the sewer pipe from the house as high on the wall as possible. This is a high ground water area. |  |  | 0.00 |
|  | (1) 1500 gallon, 2-compartment septic tank, sealed around seam, with ground surface level risers. INSTALLED | 1.0 | 1469.90 | 1,469.90 |
|  | (1) 1000 gallon Pump Chamber, sealed at seam, ground surface riser. Use existing pump and electric box. INSTALLED | 1.0 | 1130.70 | 1,130.70 |
|  | (3) Ground level green covers | 3.0 | 80.0 | 240.00 |
|  | 70 ft. of 3" & 4" sewer pipe for new connections through the wall |  |  | 560.00 |
|  | Plug existing sewer under floor |  |  | 75.00 |
|  | *Approximate cost* for pumping old tanks |  |  | 835.00 |
|  | Crush & fill old septic & pump tanks SUB TOTAL FOR SEPTIC TANKS: $4,500.60 |  |  | 190.00 |
|  |  |  |  | 0.00 |
|  | 1,000 sq. ft. of Drainbed - 20' x 50' - with all material, labor & equipment included - INSTALLED SUB TOTAL FOR DRAINBED - $3,000.00 *Permits extra* |  |  | 3,000.00 |
| Proposals valid for 30 days |  |  | **Total** | **7,500.60** |

IN RE:

Michael Smalley Sr.                        Bankruptcy No. 12-58830
Betty Smalley                            Honorable WALTER SHAPERO
                                                     Chapter 13

         Debtors
_____/

## PROOF OF SERVICE

*The undersigned hereby certifies that a copy of the following:*

**Second Chapter 13 Post-Confirmation Plan Modification**

*was electronically served on the 20th day of May, 2013, upon:*

       Tammy L. Terry mieb_ecfadmin@det13.net

*was served via First Class Mail, pre-paid postage, on the 2oth day of May, 2013, addressed as follows:*

All parties on the attached matrix.

/s/ Colleen J. Lermines
**CHIMKO & ASSOCIATES, P.C.**
Colleen J. Lerminez, Legal Assistant
26212 Woodward Avenue
Royal Oak, MI 48067
(248) 284-1661
dmengel@chimkolaw.com

Label Matrix for local noticing
0645-2
Case 12-58830-wsd
Eastern District of Michigan
Detroit
Mon May 20 10:46:41 EDT 2013

Michigan Rural Rehabilitation Corporation
P.O. Box 188
Marshall, MI 49068-0188

CitiMortgage, Inc.
P.O. Box 688971
Des Moines, IA 50368-8971

Santander Consumer USA
P.O. Box 560284
Dallas, TX 75356-0284

AZUREA I, LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Allegiance Health
Physician Billing
205 N. East Avenue
Jackson, MI 49201-1753

Allegiance Health
W.A. Foote Memorial
Department 64787
Drawer 64000
Detroit, MI 48264-0001

American Medical Collection Agency
4 Westchester Plaza
Suite 110
Elmsford, NY 10523-1615

Applied Bank
P.O. Box 11170
Wilmington, DE 19850-1170

CAPITAL ONE BANK (USA), N.A.
PO Box 12907
Norfolk VA 23541-0907

CAPITAL ONE, N.A.
PO Box 12907
Norfolk VA 23541-0907

Capital One
Bankruptcy Claims Servicer
P.O. Box 85167
Richmond, VA 23285-5167

Capital One NA
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Center for Family Health
505 N. Jackson Street
Jackson, MI 49201-1266

CitiFinancial, Inc.
P.O. Box 70919
Charlotte, NC 28272-0919

CitiMortgage, Inc.
P.O. Box 6243
Sioux Falls, SD 57117-6243

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301-9816

Convergent Outsourcing, Inc.
800 SW 39th Street
P.O. Box 9004
Renton, WA 98057-9004

Country Door
1112 7th Avenue
Monroe, WI 53566-1364

Country Door
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Fingerhut
Credit Account Services
P.O. Box 1250
Saint Cloud, MN 56395-1250

First Financial Asset Mgmt, Inc
P.O. Box 901
Fort Mill, SC 29716-0901

First Premier Bank
P.O. Box 5519
Sioux Falls, SD 57117-5519

GE Capital Retail Bank
Attn: Bankruptcy Department
PO Box 960061
Orlando FL 32896-0661

GE Capital Retail Bank
P.O. Box 960061
Orlando, FL 32896-0061

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

GE Money Bank - CareCredit
Attn: Bankruptcy Department
P. O. Box 103104
Roswell, GA 30076-9104

GE Money Bank - JC Penney
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076-9104

GE Money Bank - Lowe's
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076-9104

| | | |
|---|---|---|
| GE Money Bank - Meijer<br>Attn: Bankruptcy Department<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | GE Money Bank - Walmart<br>Attn: Bankruptcy Department<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | GETTINGTON (ISSUED BY WEBBANK)<br>6250 RIDGEWOOD ROAD<br>ST.CLOUD, MN 56303-0820 |
| Ginny's<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Ginny's<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | HSBC Card Services<br>P.O. Box 5226<br>Carol Stream, IL 60197-5226 |
| Household Bank<br>P.O. Box 5222<br>Carol Stream, IL 60197-5222 | Independant Emergency Physicians, PC<br>P.O. Box 674474<br>Detroit, MI 48267-4474 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Juniper Bank<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | K. Jordan<br>P.O. Box 2809<br>Monroe, WI 53566-8009 | Kohl's<br>P.O. Box 3043<br>Milwaukee, WI 53201-3043 |
| LJ Ross & Associates, Inc.<br>6360 W. Jackson Road<br>Suite 1<br>Ann Arbor, MI 48103-9597 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| MQC Collection Services<br>P.O. Box 140250<br>Toledo, OH 43614-0250 | Mason Easy Pay<br>P.O. Box 2808<br>Monroe, WI 53566-8008 | Massey's<br>P.O. Box 2822<br>Monroe, WI 53566-8022 |
| Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Monroe & Main<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Monroe & Main<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| Nadeem Ullah MD LLC<br>720 W. Franklin Street<br>Unit 2<br>Jackson, MI 49201-1676 | OneMain Financial<br>Bankruptcy Department<br>P.O. Box 140489<br>Irving, TX 75014-0489 | PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| Podiatric Surgeons PC<br>823 E. Michigan Ave.<br>Jackson, MI 49201-2401 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Potestivo & Associates, P.C.<br>811 South Boulevard East., Suite 100<br>Rochester, MI 48307-5359 |
| Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>World Financial Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 |

Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160
label size 1" x 2 5/8" compatible with Avery ®5160/8160
STAPLES

Quest Diagnostics
P.O. Box 7306
Hollister, MO 65673-7306

Richard Dowd
1121 N. Michigan Ave.
Saginaw, MI 48602-4762

Rose City Family Practice, P.C.
300 W. Washington Ave.
Ste. 150
Jackson, MI 49201-2175

Santander Consumer USA, Inc.
Attention Bankruptcy Department
P.O. Box 560284
Dallas, TX 75356-0284

Sears Gold MasterCard
P.O. Box 6922
The Lakes, NV 88901-6922

Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364

Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

The Swiss Colony
1112 7th Avenue
Monroe, WI 53566-1364

The Swiss Colony
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

WFCB - Blair
Bankruptcy Department
P.O. Box 183043
Columbus, OH 43218-3043

Web Bank, Gettington.com
6440 S. Wasatch
Ste. 300
Salt Lake City, UT 84121-3518

Wells Fargo Bank, N.A., dba Wells Fargo Dlr
P.O. Box 19657
Irvine, CA 92623-9657

Wells Fargo Financial Acceptance
P.O. Box 250
Essington, PA 19029-0250

eCAST Settlement Corporation
POB 29262
New York NY 10087-9262

Betty S. Smalley
1150 Losey Road
Rives Junction, MI 49277-9762

Michael E. Smalley Sr.
1150 Losey Road
Rives Junction, MI 49277-9762

12-58830-wsd    Doc 65    Filed 05/20/13    Entered 05/20/13 10:51:15    Page 8 of 8
STAPLES    label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160